## JOHNSON v. ISAAC.

No. 5199.    Opinion Filed September 28, 1915.

(151 Pac. 1196.)

*Error from District Court, Atoka County;
Robt. M.. Rainey, Judge.*

Action by G. C. Johnson against 'Wilson Isaac, guardian of Jim Isaac and another, minors. Judgment for defendant, and plaintiff brings error. Dismissed.

*Carl Monk* and *Linebaugh Bros. & Pinson,* for plaintiff in error.

Opinion by MATHEWS, C. No brief having been filed in this case by the plaintiff in error, the appeal will be deemed abandoned, and the appeal, for that reason, should be dismissed.

By the Court: It is so ordered.